JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** Treasury OIG

**City** Holliston, MA

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    25-mj-5185-JGD

Search Warrant Case Number    See below

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name    Yvonette Joseph    Juvenile: ☐ Yes  ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No

Alias Name: _____

Address: Minneapolis, MN

Birth date (Yr only): 1980    SSN (last 4#): 5983    Sex: F    Race _____    Nationality: _____

**Defense Counsel if known:** Curtis Ray Pouliot-Alvarez    Address: 51 Sleeper Street 5th Floor

Bar Number: 693348    Boston, MA 02210

**U.S. Attorney Information**

AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☑ On Pretrial Release:  Ordered by: Hon. Judith G. Dein    on  9/16/2025

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/22/2026    Signature of AUSA:  /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Yvonette Joseph

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 641 and 2 | Theft of Government Money; Aiding and Abetting | 1-2 |
| Set 2 | 18 U.S.C. §§ 1957 and 2 | Unlawful Monetary Transactions; Aiding and Abetting | 3-4 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and  28 U.S.C. § 2461 | Theft of Government Money Forfeiture Allegation | -- |
| Set 4 | 18 U.S.C. § 982(a)(1) | Unlawful Monetary Transactions Forfeiture Allegation | -- |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants: 25-mj-5023-JGD; 25-mj-5024-JGD; 25-mj-5025-JGD; 25-mj-5026-JGD;
25-mj-5027-JGD; 25-mj-5028-JGD; 25-mj-5029-JGD; 25-mj-5030-JGD; 25-mj-5031-JGD;
25-mj-5032-JGD; 25-mj-5033-JGD; 25-mj-5034-JGD; 25-mj-5035-JGD; 25-mj-5036-JGD;
25-mj-5037-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013